**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Israel Villasana-Paramo, ) | No. 2:05-cv-2284-PHX-FJM |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Thomas Long, ) | |
| Respondent. ) | |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondent's answer (doc.13) and the report and recommendation of the United States Magistrate Judge (doc. 17). Petitioner has failed to file objections, and the time for filing them has expired. Therefore, we adopt the Magistrate's recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (interpreting 28 U.S.C. § 636 (b)(1)(C)).

Accordingly, **IT IS ORDERED DENYING** the petition for writ of habeas corpus (doc. 1).

DATED this 12th day of January, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge